# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

BERNADETTE R. RODGERS,

      Plaintiff,

v.                          CASE NO.  5:17cv292-RH/GRJ

STATE OF FLORIDA et al.,

      Defendants.

_____/

## ORDER DISMISSING THE CLAIMS AGAINST DEFENDANTS MILLER, MERCER, AND HESS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 32, and the objections, ECF No. 38. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The claims against Michael D. Miller, Douglas Wade Mercer, and Glenn Hess are dismissed with prejudice.

3. I do *not* direct the entry of judgment under Federal Rule of Civil

Procedure 54(b).

4. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on November 10, 2018.

s/Robert L. Hinkle
United States District Judge